Filed 6/24/21  P. v. Atkins CA2/5

**NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS**

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

SECOND APPELLATE DISTRICT

DIVISION FIVE

| | |
|---|---|
| THE PEOPLE,<br><br>    Plaintiff and Respondent,<br><br>    v.<br><br>GENE ATKINS,<br><br>    Defendant and Appellant. | B306143<br><br>(Los Angeles County Super. Ct. No. BA227949) |

APPEAL from an order of the Superior Court of Los Angeles County, Laura F. Priver, Judge.  Dismissed.

Cynthia L. Barnes, under appointment by the Court of Appeal, for Defendant and Appellant.

No appearance by for Plaintiff and Respondent.

———————————————

In 2002, defendant was convicted of multiple counts of criminal threats (Pen. Code, § 422) and a single count of stalking (§ 646.9, subd. (b)).[1] The court sentenced him to a lengthy prison term. In addition, the court required defendant to pay a restitution fine of $10,000 (§ 1202.4, subd. (b)) and imposed and suspended an identical parole revocation fine (§ 1202.45).

In April 2020, defendant filed a motion to amend the abstract to eliminate the fines, apparently relying on an order issued by the Los Angeles County Board of Supervisors.[2] The trial court denied the motion. Defendant filed a timely notice of appeal of the denial of this postjudgment motion.

On appeal, appointed counsel filed a brief indicating an inability to identify any appealable issues, and requesting this court follow the procedures of *People v. Serrano* (2012) 211 Cal.App.4th 496. Under *Serrano*, when a defendant appeals from a postjudgment order, and counsel has found no arguable issues, the court is to inform defendant of his right to file a supplemental brief. Thereafter, the court will either retain the appeal or dismiss it as abandoned. (*Id.* at pp. 503-504.)

On April 13, 2021, we informed defendant of his right to file a supplemental brief under *Serrano*. Appointed counsel also informed defendant of his right to file a supplemental brief. The time has expired and defendant has filed no brief. Dismissal of the appeal is warranted.

---

[1] All undesignated statutory references are to the Penal Code.

[2] The motion is not part of the record on appeal. The clerk conducted a diligent search and could not find it. Defendant's appellate counsel inquired of defendant; he did not have a copy.

***DISPOSITION***

The appeal is dismissed.


                                       RUBIN, P. J.

WE CONCUR:


MOOR, J.


KIM, J.